■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHELLE JOHNSON, Appellant. [54 NYS3d 286]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Bonnie Wittner, J. at plea; Roger Hayes, J. at sentencing), rendered July 9, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had

thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, P.J., Richter, Feinman, Webber and Kahn, JJ.